# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

ISAAC ADAMS, Petitioner,

v.

Vilna Management LLC ,Respondents,

Case No. Case No. 2:25-cv17291-ES

## EMERGENCY MOTION FOR STAY OF ENFORCEMENT OF STATE EVICTION ORDER

Petitioner Isaac Adams moves this Honorable Court for an **Emergency Stay** of any enforcement of the State-Court eviction order entered after removal of this action to federal jurisdiction.

1. Petitioner filed a proper Notice of Removal under 28 U.S.C. §§ 1441–1446 on November 5, 2025.
2. Jurisdiction immediately vested in this Court upon filing.
3. Notwithstanding, the State Court issued or attempted to enforce an eviction order on [Date], contrary to 28 U.S.C. § 1446(d).
4. Absent emergency relief, Petitioner will suffer irreparable harm through unlawful dispossession of his residence.
5. The balance of equities favors maintaining the status quo pending federal adjudication of removal.

**WHEREFORE**, Petitioner respectfully prays that this Court:

- Issue an **immediate stay** of any eviction or enforcement activity pending this Court's determination of jurisdiction or remand;
- Direct that no State officer or agent take further action to enforce any State order issued after removal; and
- Grant all other equitable relief the Court deems appropriate.

Respectfully submitted,

Isaac Adams, Petitioner  *Isaac Adams*
9-11 Troy St.
Jersey City, NJ 07307